PAUL THOMAS CLARK
CLARK and FEENEY, LLP
Attorneys for Plaintiffs
The Train Station
1229 Main Street
P.O. Drawer 285
Lewiston, Idaho  83501
Telephone: (208)743-9516
Idaho State Bar No. 1329
Email: darla@clarkandfeeney.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| NEZPERCE AG, INC., an Idaho Corporation, | ) | |
| | ) | Case No.  CV 3:20-CV-00494-DNC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S DISCLOSURE OF** |
| | ) | **EXPERT WITNESSES** |
| NUTRIEN AG SOLUTIONS, INC., a | ) | |
| Delaware corporation, LOVELAND | ) | |
| PRODUCTS INC., a Colorado corporation, & | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff Nezperce Ag, Inc., by and through its undersigned counsel of record

Paul Thomas Clark of the law firm Clark and Feeney, LLP and pursuant to the Federal Rules of

Civil Procedure 26(a)(2)(B), and District of Idaho Local Civil Rule 26.2, designated the following

expert witnesses to testify on their behalf.

Victor Li
Director of Analytical Services
Stillmeadow, Inc.
12852 Park One Drive
Sugar Land, Texas 77478
(281) 240-8828

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -1-**

- A complete statement of Victor Li's opinions formulated to date are attached hereto as Exhibit A and expected to be expressed at trial and the bases and reasons therefor pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(i).

- The facts, data or other information considered by Victor Li in forming his opinion pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii) are contained in the above referenced report.

- Identification of any exhibits to be used as a summary of or support for Victor Li's opinions pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(iii) are contained in the above referenced report.

- Victor Li obtained a Bachelors Degree in Material Science from University of Science and Technology of Child and a Masters Degree in Chemistry from University of Wisconsin-Madison.  Mr. Li has more than 14 years experience in different laboratories which include modern instruments and knowledge concerning lab analysis.

- A list of any other cases in which Victor Li has testified as an expert at trial or by deposition within the preceding four years pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(v) is being obtained and will be provided upon receipt.

- A statement of the compensation to be paid for the study and testimony in the case is attached hereto.

Jeffry Pritchard, CEO
WestLink Ag Cooperative
35 E. Bower Street, Suite A
Meridian, Idaho 83642
(208) 884-0566
jpritchard@westlinkag.net

- Mr. Pritchard has over thirty (30) years experience in the agricultural inputs space, both US and International.  Mr. Pritchard assisted the Plaintiff in locating and forwarding the chemical samples for testing.

- Mr. Pritchard has not published any articles and has not testified as an expert witness.

- It is unknown at this time what Mr. Pritchard's compensation for testimony would be.

Dr. Claudia Geitner
Representative of Sigma-Aldrich
3050 Spruce Street
Saint Louis, MO 63103
techserv@siai.co

- A complete statement of Dr. Geitner's opinions formulated to date are attached hereto as Exhibit A and expected to be expressed at trial and the bases and reasons therefor pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(i);

- The facts, data or other information considered by Dr. Geitner in forming her opinion pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii) are contained in the above referenced report;

- Identification of any exhibits to be used as a summary of or support for Dr. Geitner's opinions pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(iii) are contained in the above referenced report;

- Dr. Geitner is the Project Manager Operations Strategy Life Science which includes assuring clients that the chemical makeup of a product is what is provided on the label. Dr. Geitner is also the head of Quality Control of Sigma-Aldrich. Dr. Geitner attended Universitat des Saarlandes.

- A list of any other cases in which Dr. Geitner has testified as an expert at trial or by deposition within the preceding four years pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(v) will be provided upon receipt.

- A statement of the compensation to be paid for the study and testimony in the case is attached hereto.


Steve Boyer
Boyer Gromore, Inc.
24676 Garden Gulch Road
Culdesac, Idaho 83524

- Mr. Boyer has been farming for more than twelve (12) years. Based on Mr. Boyer's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. Boyer is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. Boyer will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Boyer is qualified based on having more than twelve (12) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -3-**

- Mr. Boyer has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Boyer would be paid for testimony in the case.


Buck Boyer
Boyer Gromore, Inc.
24676 Garden Gulch Road
Culdesac, Idaho 83524

- Mr. Boyer has been farming for more than twelve (12) years. Based on Mr. Boyer's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. Boyer is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. Boyer will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Boyer is qualified based on having more than twelve (12) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Boyer has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Boyer would be paid for testimony in the case.


Kyle Meacham
Meacham Farms
2091 Brannan Road
Nezperce, Idaho 83543

- Mr. Meacham has been farming for more than fourteen (14) years. Based on Mr. Meacham's years of experience as a farmer he is familiar with the crops needs for planting, fertilization, water and the yield to be expected. Mr. Meacham is also familiar with the need for weed control, when the product for weed control should be applied and what the results of said product should be. Mr. Meacham will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Meacham is qualified based on having more than fourteen (14) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Meacham has not testified as an expert witness or published any articles.


PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -4-

- It is unknown at this time what Mr. Meacham would be paid for testimony in the case.

Karen Meacham
77 Ranch
2091 Brannan Road
Nezperce, Idaho 83543

- Ms. Meacham has been farming for more than twenty-three (23) years. Based on Ms. Meacham's years of experience as a farmer she is familiar with the crops needs for planting, fertilization, water and the yield to be expected. Ms. Meacham is also familiar with the need for weed control, when the product for weed control should be applied and what the results of said product should be. Ms. Meacham will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Ms. Meacham is qualified based on having more than twenty-three (23) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Ms. Meacham has not testified as an expert witness or published any articles.

- It is unknown at this time what Ms. Meacham would be paid for testimony in the case.

Gene Harris
Employee of Nezperce Ag, Inc.
PO Box 24
Nezperce, Idaho 83543

- Mr. Harris has been employed by Nezperce Ag, Inc. for approximately thirteen (13) years. Mr. Harris is responsible for applying the weed control chemicals to the local farmers who contract with Nezperce Ag, Inc. for assistance in weed control. Mr. Harris is experienced in applying the weed killer.

- Mr. Harris is qualified based on having more than thirteen (13) years experience in applying weed control chemicals to crops. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Harris has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Harris would be paid for testimony in the case.

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -5-**

Greg Branson
Branson Farms
2590 Branson Road
Nezperce, Idaho 83543

- Mr. Branson has been farming for more than seventeen (17) years. Based on Mr. Branson's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. Branson is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. Branson will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Branson is qualified based on having more than seventeen (17) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Branson has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Branson would be paid for testimony in the case.


Justin McCleod
McCleod LLC
2825 Hwy 64
Nezperce, Idaho 83543

- Mr. McCleod has been involved in the family farm which has been handed down and operating for the past two generation. Based on Mr. McCleod's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. McCleod is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. McCleod will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. McCleod is qualified based on having several years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. McCleod has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. McCleod would be paid for testimony in the case.

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -6-**

DATED this 4th  day of October, 2021.

CLARK AND FEENEY, LLP

By:    /s/ Paul Thomas Clark             
            Paul Thomas Clark
            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of October, 2021, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Benjamin A. Schwartzman<br>Nicholas A. Warden | Electronic Delivery |

By:      /s/ Paul Thomas Clark       
Attorney for Plaintiff

| STILLMEADOW, Inc. USE ONLY | | STILLMEADOW, Inc. USE ONLY |
|---|---|---|
| Study Number(s):_____ | **STILLMEADOW**<br>**I N C O R P O R A T E D** | Date Sent / Initials:_____<br>Tracking #:_____ |

## DISPOSITION OF STUDY DOCUMENTATION AGREEMENT

### PLEASE CHECK THE APPROPRIATE BOX AND SIGN BELOW. THANK YOU.

[✓] I have chosen to have STILLMEADOW, Inc. return the raw data, original signed protocol, final signed report and a retained test substance sample for storage. For GLP material, I agree that storage will be maintained in a GLP guideline compliant location.

Please provide the following information:

Your preferred carrier for shipping:                    Mail to Contact Name: _Janet Boyer_ (WestLink)

| **Carrier** | **Your Account Number** |
|---|---|
| UPS | _____ |
| USPS | _____ |
| Fed-Ex | _(o41959790_ |
| Other: | _____ |

Company: _Nezperce Ag_
Address: _2340 Shortcut Rd_
         _Nezperce ID_
                          _83543_
Phone Number: _208-937-9909_

The following items will be included in your archive package, as applicable for the specific types of studies:
- Contract for Study Authorization  • Signed Protocol  • Protocol Amendments (if any)  • Protocol Development Form
- Test Material Receipt  • Test Article Index/Dispensing Logs  • Study Tracking Sheet  • Notice of Receipt for Tissues, etc.
- Animal Receipt from Supplier  • Analytical/Computer Generated Data  • Chain of Custody for Tissues  • Chain of Custody for Blood/Serum
- Acknowledgement of Animal Receipt/Animal Acclimation Sheet  • Test Substance Reserve Sample  • Certificate of Analysis/MSDS
- Raw Data (which may include copies of facility logs, such as temperature / humidity logs, calibration logs, etc.)  • Report
- General Correspondence/Miscellaneous Study Notes/E-mails  • Chemistry CD (if generated)
- Pathology tissue samples, paraffin blocks, slides, etc. (as applicable). Wet samples (blood, urine, soil, water, etc.) are not retained.

I agree that once the package has left STILLMEADOW, Inc. via my chosen carrier above, STILLMEADOW, Inc. is released from responsibility for the package and its contents, including, but not limited to, damage, delay or failure to arrive. The package(s) are F.O.B. shipping point and the Sponsor bears the shipping charges, owns the goods in transit and is responsible for loss and damage with the carrier. I acknowledge that it is my responsibility to provide study documentation to the appropriate regulatory agencies for compliance with regulatory inspections.

COMPANY NAME: _Nezperce Ag_

SIGNATURE: _[signature]_                    DATE: _7-29-19_

PRINTED NAME AND TITLE: _Patrick Barnett_

[ ] After consideration, I choose STILLMEADOW, Inc. for retention of all the raw data and original signed protocol, final signed report, any amendments and test substance sample for a period of 15 years in a GLP compliant archive for the purposes of meeting GLP archiving requirements, and agree to pay the following additional charges added to the invoice.

| Time Period | File Size | Price |
|---|---|---|
| 15 years | Individual Study Files less than 2" thick | $200.00 |
| 15 years | 6 pack of acute study files | $1000.00 |
| 15 years | Larger study files over 2" thick | Adds $10 per inch per year or $100.00 per foot per year |

COMPANY NAME:_____

SIGNATURE:_____ DATE:_____

PRINTED NAME AND TITLE:_____

12852 Park One Drive, Sugar Land, Texas 77478 ▪ 281-240-8828 ▪ Fax 281-240-8448
www.stillmeadow.com

*Exhibit "A"*

# WestLink Ag

100 W. Overland Rd., Ste 201
Meridian, ID 83642

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2019 | 33865 |

**Bill To**

NEZPERCE AG
PO BOX 24
NEZPERCE, ID 83543
USA

**Ship To**

NEZPERCE AG
2340 SHORTCUT ROAD
NEZPERCE, ID 83543
USA
208-937-9909

*Testing $*

Please Remit Check To:
WestLink Ag Cooperative
100 W. Overland Rd. Suite 201
Meridian, ID 83642

For billing questions, please email
bookkeeping@westlinkag.net or call (208) 884-0566.

| P.O. No. | Due Date | Account # | Ship Date |
|---|---|---|---|
| | 7/6/2019 | | 6/6/2019 |

| Release # | Equipment # | BOL # |
|---|---|---|
| | | |

| Qty | Description | U/M | Unit Price | Amount |
|---|---|---|---|---|
| 2 | Hat Trick assess & confirm percentage AI of 3 active ingredients: Fluroxypyr, Clopyralid, MCPA on 2 lot numbers | | 1,200.00 | 2,400.00 |
| 2 | Test material handling charge | | 140.00 | 280.00 |

| | |
|---|---|
| **Total** | $2,680.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,680.00 |

IF PAYMENT IS NOT RECEIVED BY THE DUE DUE, A LATE CHARGE WILL BE
COMPUTED AND ADDED TO THE ACCOUNT BY APPLICATION OF A PERIODIC RATE
OF 1.5% A MONTH (AN ANNUAL PERCENTAGE RATE OF 18%).

NP Ag 000006

 **WestLink Ag**

100 W. Overland Rd., Ste 201
Meridian, ID 83642

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2019 | 33979 |

**Bill To**

NEZPERCE AG
PO BOX 24
NEZPERCE, ID 83543
USA

**Ship To**

NEZPERCE AG
2340 SHORTCUT ROAD
NEZPERCE, ID 83543
USA
208-937-9909

Please Remit Check To:
WestLink Ag Cooperative
100 W. Overland Rd. Suite 201
Meridian, ID 83642

For billing questions, please email
bookkeeping@westlinkag.net or call (208) 884-0566.

| P.O. No. | Due Date | Account # | Ship Date |
|----------|----------|-----------|-----------|
| | 6/30/2019 | | 6/20/2019 |

| Release # | Equipment # | BOL # |
|-----------|-------------|-------|
| | | |

| Qty | Description | U/M | Unit Price | Amount |
|-----|-------------|-----|-----------|--------|
| 2 | Hat Trick assess & confirm percentage AI of 3 active ingredients: Fluroxypyr, Clopyralid, MCPA on 2 additional lot numbers - requested June 19 2019 to be combined with other existing study | | 1,200.00 | 2,400.00 |
| 2 | Test material handling charge | | 140.00 | 280.00 |

| | |
|---|---|
| **Total** | $2,680.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,680.00 |

IF PAYMENT IS NOT RECEIVED BY THE DUE DUE, A LATE CHARGE WILL BE
COMPUTED AND ADDED TO THE ACCOUNT BY APPLICATION OF A PERIODIC RATE
OF 1.5% A MONTH (AN ANNUAL PERCENTAGE RATE OF 18%).

NP Ag 000007

HPLC VL
TECH

6/25/2019

## 22826-19 W-28/Clopyralid

Active ingredient being analyzed: Clopyralid

Stock Solution(s): Accurately weighed 0.0155 g into a tared 10 mL-volumetric flask and Qs'd with extraction solvent (ES): Acetonitrile

This yielded a concentration of 1550 mg/L. The stock solution were prepared using a Reference Standard with a purity of 99.3 %

(AREA COUNTS)

### STANDARD PREPARATION

| STD | CONC. (mg/L) | Response | CF | ACCURACY |
|---|---|---|---|---|
| A | 461.75 | 80.8 | 0.1750 | 99.85 |
| B | 369.40 | 65.0 | 0.1760 | 100.32 |
| C | 230.87 | 40.7 | 0.1763 | 100.86 |
| D | 92.35 | 15.0 | 0.1689 | 98.09 |
| E | 46.17 | 7.8 | 0.1688 | 100.44 |
| CHK STD C | 230.87 | 41.3 | 0.1789 | 102.33 |
| | | | Avg | 99.87 |

### STATISTICAL ANALYSIS OF THE CALIBRATION CURVE

| | |
|---|---|
| Y-INTERCEPT | -0.3823 |
| SLOPE | 0.1764 |
| CORRELATION COEFFICIENT | 1.0000 |

Precision determined by 6 injections of standard C Check solution:

| Inj# | Response |
|---|---|
| 1 | 41.3 |
| 2 | 41.0 |
| 3 | 40.8 |
| 4 | 40.8 |
| 5 | 40.8 |
| Avg | 40.8 |
| Std Dev | 0.3 |
| RSD (%) | 0.6 |

### CALCULATION OF TEST SAMPLES

| Tst# | TOTAL WT. mg | EXTN. VOL. L | Dilution Factor | Response | SAMP. CONC. mg/L | %AI |
|---|---|---|---|---|---|---|
| Sample K | 635.1 | 0.01 | 20.0 | 32.0 | 183.54 | 8.65 |
| Sample L | 637.3 | 0.01 | 20.0 | 37.7 | 215.65 | 8.77 |
| Lot08242618K61 | 300.2 | 0.01 | 10.0 | 33.8 | 193.74 | 8.45 |
| Lot 042200200.48 | 271.5 | 0.01 | 10.0 | 30.0 | 172.21 | 8.34 |

Tran/Cal.Chk. JT 25Jun19
S D.review VL 25Jun19

1/1

NP Ag 000008

HPLC VL
TECH

6/25/2019

22826-19 W-28/Fluroxypyr 1-methylheptyl ester

**Active Ingredient being analyzed:** Fluroxypyr 1-methylheptyl ester

**Stock Solution(s):** Accurately weighed 0.0205 g into a tared 10 mL volumetric flask and Q.S'd with extraction solvent (ESI):

This yielded a concentration of 2050

(AREA COUNTS): 98.5 %   Acetonitrile

## STANDARD PREPARATION

| STD | CONC. (mol/L) | Response | CF | ACCURACY |
|---|---|---|---|---|
| A | 605.78 | 115.8 | 0.1912 | 99.72 |
| B | 484.62 | 93.1 | 0.1921 | 100.12 |
| C | 302.89 | 58.8 | 0.1941 | 100.89 |
| D | 121.16 | 23.6 | 0.1948 | 100.05 |
| E | 60.58 | 11.7 | 0.1931 | 87.22 |
| | | | 0.1955 | 101.58 |
| CHK STD C | 302.89 | 59.2 | Avg 0.1955 | 99.60 |

**Precision determined by 6 injections of standard C Check solution:**

| Inj# | Response |
|---|---|
| 1 | 59.2 |
| 2 | 58.8 |
| 3 | 58.8 |
| 4 | 58.7 |
| 5 | 58.6 |
| 6 | 58.8 |
| Avg | 58.8 |
| Std Dev | 0.2 |
| RSD (%) | 0.4 |

## STATISTICAL ANALYSIS OF THE CALIBRATION CURVE

| Y-INTERCEPT | 0.6561 |
|---|---|
| SLOPE | 0.1909 |
| CORRELATION COEFFICIENT | 1.0000 |

## CALCULATION OF TEST SAMPLES

| Ts# | TOTAL WT. (mg) | EXTN. VOL. (L) | Dilution Factor | Response | SAMP CONC. (mg/L) | %AI |
|---|---|---|---|---|---|---|
| Sample K | 835.1 | 0.01 | 20.0 | 42.3 | 219.10 | 6.19 |
| Sample L | 837.3 | 0.01 | 20.0 | 50.0 | 259.49 | 6.14 |
| Lot00824281BK61 | 300.2 | 0.01 | 10.0 | 47.8 | 247.96 | 8.26 |
| Lot04220020L48 | 271.5 | 0.01 | 10.0 | 42.1 | 218.11 | 8.03 |

Tran/Cal.Chk. JT

S.D.review VL 25Jun19

NP Ag 000009

6/25/2019

22826-19 W-28/MCPA 2-ethylhexyl ester

HPLC VL TECH

## MCPA 2-ethylhexyl ester

### STANDARD PREPARATION

Active Ingredient being analyzed:

Stock Solution(s): Accurately weighed 0.0520 g into a tared 10 ml. volumetric flask and QS'd with extraction solvent (ES):

This yielded a concentration of 5280

(AREA COUNTS)

95.2 % Acetonitrile

Precision determined by 5 injections of standard C Check solution:

| Inj# | Response |
|---|---|
| 1 | 56.9 |
| 2 | 50.1 |
| 3 | 56.0 |
| 4 | 56.0 |
| 5 | 56.3 |
| Avg | 56.3 |
| Std Dev | 0.4 |
| RSD (%) | 0.7 |

| STD | CONC. (mg/L) | Response | CF | ACCURACY |
|---|---|---|---|---|
| A | 1502.26 | 111.0 | 0.0739 | 99.62 |
| B | 1201.80 | 89.7 | 0.0746 | 100.40 |
| C | 751.13 | 58.2 | 0.0746 | 100.32 |
| D | 300.46 | 22.8 | 0.0759 | 100.06 |
| E | 150.23 | 11.5 | 0.0765 | 98.13 |
| CHK STD C | 751.13 | 56.9 | 0.0758 | 101.58 |
| | | Avg | 0.0758 | 99.72 |

### STATISTICAL ANALYSIS OF THE CALIBRATION CURVE

| CORRELATION COEFFICIENT | 1.0000 |
|---|---|
| SLOPE | 0.0738 |
| Y-INTERCEPT | 0.8279 |

### CALCULATION OF TEST SAMPLES

| T&# | TOTAL WT. (mg) | EXTN. VOL. L | Dilution Factor | Response | SAMP CONC. MG/L | %AI |
|---|---|---|---|---|---|---|
| Sample K | 536.1 | 0.01 | 20.0 | 53.7 | 718.81 | 26.80 |
| Sample L | 637.3 | 0.01 | 20.0 | 64.6 | 887.41 | 27.22 |
| Lot08242816K6S1 | 300.2 | 0.01 | 10.0 | 60.1 | 887.75 | 29.57 |
| Lot042300202L48 | 271.5 | 0.01 | 10.0 | 59.7 | 800.97 | 29.50 |

Tran/Cal.Chk. _____ 25-Jun-19

S.D. review VL 25-Jun-19

1/1

NP Ag 000010

TECH _VL_
DATE _13 Jun 19_

STUDY NO. _22826-19_
CLIENT CODE _W-28_
TEST MATERIAL _HAT TRICK THREE WAY HERBICIDE_

## STANDARD AND TEST SAMPLE PREPARATION

**STANDARD (STD)** _99.3_ **% PURE**

Take amount shown of _Clopyralid, sigma, Batch BCBZ5263, Exp Oct 2023_

and place in _10_ mL volumetric flask, Qs with _ACN, Fisher, Lot 187835, Exp May 2024_

**STANDARD (STD)** _98.5_ **% PURE**                                     _Exp Oct 2021_

Take amount shown of _Fluroxypyr-1-methylheptyl ester, sigma, Batch BC13T2272_

and place in _10_ mL volumetric flask, Qs with _ACN_.

**STANDARD (STD)** _95.2_ **% PURE**                          _Exp Apr 2021_

Take amount shown of _MCPA-2-ethylhexyl ester, sigma, Batch BCBR9807V_

and place in _10_ mL volumetric flask, Qs with _ACN_.

Sonicate these three solutions for 30 minutes and these are your STOCK solutions.

STD A is _3_ mL of STOCK solution _Clopyralid_ and _3_ mL of STOCK

solution _Fluroxypyr-1-methylheptyl ester_ and _3_ mL of STOCK solution _MCPA-2-ethylhexyl ester_

mixed in _10_ mL volumetric flask, and Qs with _ACN_.

STD B 0.8 mL of STD A 0.2 mL of _ACN_

STD C 0.5 mL of STD A 0.5 mL of _ACN_

STD D 0.2 mL of STD A 0.8 mL of _ACN_

STD E 0.1 mL of STD A 0.9 mL of _ACN_


**TEST SAMPLE (TS)**

Take amount of shown TS and place in a _10_ mL volumetric flask. Qs with _ACN_.

Sonicate for 30 minutes.  Sample K and L were diluted 1:20 with ACN and TS with lot

04220020L48 and lot 08242615K51 were diluted 1:10 with ACN before analysis.

22826-19, W-28, SL45)
VL, 13Jun19

÷ 0.0000        STD
÷ 0.0155      Clopyralid

22826-19, W-28, SL45)
VL, 21Jun19

÷ 0.0000        STD
÷ 0.0285      Fluroxypyr -
              1-methylheptyl

÷ 0.0000        STD
÷ 0.0526      MCPA-2-
              ethyl hexyl ester

22826-19, W-28, SL45)
VL, 13Jun19

÷ 0.0000   Sample   TS
÷ 0.5351     K

                Sample K
÷ 0.0000
÷ 0.5273         L

22826-19, N-28. SL45)
VL, 21Jun19        .

÷ 0.0000        TS
÷ 0.0000     Lot 08242615K51

÷ 0.0000
÷ 0.2715   Lot 0422002016P8

**SIGMA-ALDRICH**

3050 Spruce Street, Saint Louis, MO  63103  USA
Email USA: techserv@sial.com Outside USA: eurtechserv@sial.com

# Certificate of Analysis

| | |
|---|---|
| **Product Name:** | CLOPYRALID<br>PESTANAL™, analytical standard |
| **Product Number:** | 36758 |
| **Batch Number:** | BCBZ5263 |
| **Brand:** | Sigma-Aldrich |
| **CAS Number:** | 1702-17-6 |
| **Formula:** | $C_6H_3Cl_2NO_2$ |
| **Formula Weight:** | 192.00 |
| **Expiration Date:** | OCT 2023 |
| **Quality Release Date:** | 31 OCT 2018 |

| TEST | SPECIFICATION | RESULT |
|---|---|---|
| APPEARANCE (COLOR) | WHITE TO FAINT YELLOW TO FAINT BEIGE | VERY FAINT BEIGE |
| APPEARANCE (FORM) | POWDER OR CRYSTALS | POWDER |
| PURITY (HPLC AREA %) | ≥ 98.0 % | 99.3 % |
| MELTING POINT | 147 - 152 C | 150 C |
| WATER | ≤ 1.0 % | 0.5 % |
| PROTON NMR SPECTRUM | CONFORMS TO STRUCTURE | CONFORMS |

Dr. Claudia Geltner
Manager Quality Control
Buchs, Switzerland

Sigma-Aldrich warrants that at the time of the quality release or subsequent retest date this product conformed to the information contained in this publication. The current specification sheet may be available at Sigma-Aldrich.com. For further inquiries, please contact Technical Service. Purchaser must determine the suitability of the product for its particular use. See reverse side of invoice or packing slip for additional terms and conditions of sale.

NP Ag 000013

### 36758 Clopyralid

| Lot Number: BCBZ5263 | Sample Name: T58083_001_LC |
|---|---|

**Dionex Ultimate 3000 RSLC**

*Pump :* LPG-3400RS
*Autosampler:* WPS-3000
*Detector:* VWD-3400
*Column:* Supelco Ascentis Express C18, 2.7 um
*Column Dim.:* 50 x 2.1 mm
*Mobile Phase:*
   *%A :* Acetonitrile
   *%B :* Methanol
   *%C :* Water
   *%D :* Phosphoric acid 0.01M
*Gradient :* see Figure 1
*Sample Prep.:* 1 mg sample in 2 ml acetonitrile:water 1:1

*Injection Time:* 18.10.18 15:44
*Processed By:* Mikaël Berthet
*Vial Number:* GE7
*Column S/N:* -
*Sample Type:* unknown
*Injection Volume:* 2.0 µl
*Flow:* 1.00 ml/min
*Column Temp. (°C):* 35.0
*Run Time:* 6.00 min



Figure 1: Zoomed Chromatogram

| No. | Ret.Time min | Peak Name | Area mAU*min | Height mAU | Amount | Rel.Area % |
|---|---|---|---|---|---|---|
| 1 | 1.108 | n.a. | 0.06848 | 1.26292 | n.a. | 0.20 |
| 2 | 1.480 | Clopyralid | 33.38622 | 594.80330 | n.a. | 99.32 |
| 3 | 2.175 | n.a. | 0.03345 | 0.97284 | n.a. | 0.10 |
| 4 | 2.827 | n.a. | 0.04179 | 1.06727 | n.a. | 0.12 |
| 5 | 2.971 | n.a. | 0.03758 | 1.41865 | n.a. | 0.11 |
| 6 | 3.114 | n.a. | 0.01743 | 0.42320 | n.a. | 0.05 |
| 7 | 3.290 | n.a. | 0.03124 | 1.32428 | n.a. | 0.09 |
| Total: | | | 33.61620 | 601.29246 | | 100.00 |

Table 1: Integration

NP Ag 000014

**SIGMA-ALDRICH**

3050 Spruce Street, Saint Louis, MO  63103  USA
Email USA: techserv@sial.com Outside USA: eurtechserv@sial.com

# Certificate of Analysis

| | |
|---|---|
| **Product Name:** | FLUROXYPYR-1-METHYLHEPTYL ESTER |
| | PESTANAL™, analytical standard |
| **Product Number:** | 36780 |
| **Batch Number:** | BCBT2272 |
| **Brand:** | Sigma |
| **CAS Number:** | 81406-37-3 |
| **Formula:** | $C_{15}H_{21}Cl_2FN_2O_3$ |
| **Formula Weight:** | 367.24 |
| **Expiration Date:** | OCT 2021 |
| **Quality Release Date:** | 10 NOV 2016 |

| TEST | SPECIFICATION | RESULT |
|---|---|---|
| APPEARANCE (COLOR) | WHITE TO YELLOW AND FAINT BEIGE TO BEIGE | LIGHT BEIGE |
| APPEARANCE (FORM) | POWDER OR CRYSTALS | POWDER |
| PURITY (HPLC AREA %) | ≥ 98.0 % | 98.5 % |
| MELTING POINT | 56 - 62 C | 58 C |
| WATER | ≤ 1.0 % | < 0.05% |
| PROTON NMR SPECTRUM | CONFORMS TO STRUCTURE | CONFORMS |

*Dr. Claudia Geitner*
Dr. Claudia Geitner
Manager Quality Control
Buchs, Switzerland

Sigma-Aldrich warrants that at the time of the quality release or subsequent retest date this product conformed to the information contained in this publication. The current specification sheet may be available at Sigma-Aldrich.com. For further inquiries, please contact Technical Service. Purchaser must determine the suitability of the product for its particular use. See reverse side of invoice or packing slip for additional terms and conditions of sale.

NP Ag 000015

## 36780 Fluroxypyr-1-methylheptyl ester

| Lot Number: BCBT2272 | Sample Name: 00000000571263_001_LC |
|---|---|

**Dionex Ultimate 3000 RSLC**

| | |
|---|---|
| Pump: LPG-3400RS | Injection Time: 18.10.16 21:37 |
| Autosampler: WPS-3000 | Processed By: Markus Urthaler |
| Detector: DAD-3000RS | Vial Number: GA8 |
| Column: Supelco Ascentis Express C18, 2.7 um | Column S/N: - |
| Column Dim.: 50 x 2.1 mm | Sample Type: unknown |
| Mobile Phase: | Injection Volume: 1.0 µl |
| %A: Acetonitrile | Flow: 1.00 ml/min |
| %B: Methanol | Column Temp. (°C): 35.0 |
| %C: Water | Run Time: 6.00 min |
| %D: Phosphoric acid 10 mM | |
| Gradient: see Figure 1 | |
| Sample Prep.: 0.5 mg sample in 1 ml methanol | |



Figure 1: Zoomed Chromatogram

| No. | Ret.Time min | Peak Name | Area mAU*min | Height mAU | Amount | Rel.Area % |
|---|---|---|---|---|---|---|
| 1 | 1.388 | n.a. | 0.10280 | 2.19791 | n.a. | 0.28 |
| 2 | 2.978 | n.a. | 0.11490 | 5.52202 | n.a. | 0.31 |
| 3 | 3.353 | n.a. | 0.04290 | 2.18882 | n.a. | 0.11 |
| 4 | 3.525 | n.a. | 0.06207 | 3.14454 | n.a. | 0.17 |
| 5 | 3.797 | n.a. | 0.05779 | 2.39372 | n.a. | 0.15 |
| 6 | 3.853 | n.a. | 0.05980 | 2.79231 | n.a. | 0.16 |
| 7 | 3.882 | n.a. | 0.04489 | 1.93858 | n.a. | 0.12 |
| 8 | 3.928 | n.a. | 0.03128 | 1.51538 | n.a. | 0.08 |
| 9 | 4.012 | Fluroxypyr-1-methylheptyl | 36.80874 | 1633.37877 | n.a. | 98.50 |
| 10 | 4.213 | n.a. | 0.00818 | 0.51388 | n.a. | 0.02 |
| 11 | 5.127 | n.a. | 0.03841 | 2.00345 | n.a. | 0.10 |
| Total: | | | 37.36975 | 1657.58038 | | 100.00 |

Table 1: Integration

NP Ag 000016

**SIGMA-ALDRICH**

3050 Spruce Street, Saint Louis, MO  63103  USA
Email USA: techserv@sial.com Outside USA: eurtechserv@sial.com

# Certificate of Analysis

| | |
|---|---|
| Product Name: | MCPA-2-ETHYLHEXYL ESTER |
| | PESTANAL™, analytical standard |
| Product Number: | 33394 |
| Batch Number: | BCBR9807V |
| Brand: | Sigma-Aldrich |
| CAS Number: | 29450-45-1 |
| Formula: | $C_{17}H_{25}ClO_3$ |
| Formula Weight: | 312.83 |
| Expiration Date: | APR 2021 |
| Quality Release Date: | 25 MAY 2016 |

| TEST | SPECIFICATION | RESULT |
|---|---|---|
| APPEARANCE (COLOR) | COLORLESS TO LIGHT YELLOW | FAINT YELLOW |
| APPEARANCE (FORM) | LIQUID | LIQUID |
| PURITY (GC AREA %) | ≥ 95.0 % | 95.2% |
| REFRACTIVE INDEX N20/D | 1.496 - 1.500 | 1.498 |
| WATER | ≤ 1.0 % | <0.05% |
| PROTON NMR SPECTRUM | CONFORMS TO STRUCTURE | CONFORMS |

Dr. Claudia Geitner
Manager Quality Control
Buchs, Switzerland

Sigma-Aldrich warrants that at the time of the quality release or subsequent retest date this product conformed to the information contained in this publication.  The current specification sheet may be available at Sigma-Aldrich.com. For further inquiries, please contact Technical Service.  Purchaser must determine the suitability of the product for its particular use.  See reverse side of invoice or packing slip for additional terms and conditions of sale.

NP Ag 000017

## 33394 MCPA-2-ethylhexyl ester



| Lot Number: BCBR9807V | Sample Name: T38522_005_GC |
|---|---|

### Shimadzu GC-2010 Plus

| | | | |
|---|---|---|---|
| Injector : | 250 °C | GC Serial Number: | C11804802786 |
| Detector (FID): | 320 °C | Injection Time: | 28.04.16 00:24 |
| Carriergas: | Helium | Sample Type: | unknown |
| Velocity: | 40.0 cm/s | Channel: | GC_1 |
| Temp. Control: | see Figure 1 | Sequence Creation Time: | 25.04.16 10:38 |
| Split Ratio: | 100:1 | Sequence Created By: | Harald Frank |
| Range: | - | Time Processed: | 28.05.16 11:25 |
| Injection Volume: | 1.0 ul | Processed By: | Mikaël Berthat |
| Vial Number: | 11 | | |
| Run Time: | 20.00 min | | |
| Column: | Equity-5, 30 m x 0.25 mm, 1.0 um | | |
| Sample Prep.: | ca. 20 mg sample in 1.5 ml dichloromethane | | |



Figure 1: Zoomed Chromatogram and Temperatur Program

| No. | RetTime min | Peak Name | Type | Height uV | Area uV*min | Amount | RelArea % |
|---|---|---|---|---|---|---|---|
| 1 | 4.263 | n.a. | BMB* | 150826 | 2600.7683 | n.a. | 2.468 |
| 2 | 10.647 | n.a. | BMB* | 93484 | 2004.3196 | n.a. | 1.902 |
| 3 | 11.846 | n.a. | BMB* | 3508 | 84.9692 | n.a. | 0.081 |
| 4 | 11.809 | n.a. | BMB* | 12569 | 348.0088 | n.a. | 0.330 |
| 5 | 11.997 | MCPA-2-ethylhexyl e | BMB* | 2888414 | 100305.1417 | n.a. | 95.173 |
| 6 | 13.398 | n.a. | BMB* | 1600 | 49.3142 | n.a. | 0.047 |
| Total: | | | | 3148401 | 105392.5217 | | 100.000 |

NP Ag 000018



NP Ag 000019

Date 24 Jun 19
Tech VL

Study No. 22826-19
Client Code W-28
Test Substance HAT TRICK THREE
WAY HERBICIDE

## HPLC Operating Parameters

Vanquish  -  Chromeleon
Column
    Brand  -  phenomenex
    Packing  -  Kinetex C18
    Pore Size  -  2.6 um
    Phase  -  (Reverse) HILIC
    ID / Length  -  2.1 x 150 mm

Mobile Phase  (gradient below)
    Eluent A  -  ACN, Fisher, Lot 187835, Exp May 2024
    Eluent B
    Eluent C  -  HPLC H₂O, Fisher, Lot 191577, Exp Jun 2024
    Eluent D

Parameters
    Detector  -  DAD
    Flow Rate  -  0.2 mL/min
    Injection Volume  -  1 uL
    Wavelength  -  220 nm
    Column Temp  -  30°C
    Autosampler Temp  -

Integrator Settings
    Attenuation  -  Autoscale
    Threshold  -  Autoscale
    Peak Width  -  Autoscale
    Chart Speed  -  Autoscale
    Stop Time  -  30 min

Additional Procedures
    Calibration technique  -  (External Standard) or Internal Standard
    Run solvent blank  -  (Y)  N  NA

Retention Times
    Solvent  -  NA
    Internal Standard  -  NA
    Active Ingredient  -  Clopyralid ~ 1.3 min
    Active Ingredient  -  Fluroxypyr 1-methylheptyl ~ 14.7 min
    Active Ingredient  -  MCPA 2-ethylhexyl ester ~ 16.5 min
    Active Ingredient  -

mobile phase gradient:

| Time (min) | Flow (mL/min) | A % | C % |
|---|---|---|---|
| 0 | 0.2 | 50 | 50 |
| 3 | 0.2 | 50 | 50 |
| 10 | 0.2 | 95 | 5 |
| 24 | 0.2 | 95 | 5 |
| 25 | 0.2 | 50 | 50 |
| 30 | 0.2 | 50 | 50 |

NP Ag 000020

Instrument Method: 22826-19 c
Last Update Operator: vii

Script

| Stage | Time min | Command | Value | Comment |
|---|---|---|---|---|
| Instrument Setup | | | | |
| | initial | | | |
| | | UV.3DFIELD.MinWavelength | 190.0 [nm] | |
| | | UV.3DFIELD.MaxWavelength | 400.0 [nm] | |
| | | UV.3DFIELD.BunchWidth | 2 [nm] | |
| | | UV.SlitWidth | Narrow | |
| | | UV.ResponseTime | 1.000 [s] | |
| | | UV.Data_Collection_Rate | 5 [Hz] | |
| | | ColumnComp.PCC.TempCtrl | Off | |
| | | ColumnComp.CC.Mode | StillAir | |
| | | ColumnComp.CC.ReadyTempDelta | 0.50 [°C] | |
| | | ColumnComp.CC.TempCtrl | On | |
| | | ColumnComp.CC.Temperature.Nominal | 30.00 [°C] | |
| | | ColumnComp.CC.EquilibrationTime | 1.0 [min] | |
| | | ColumnComp.Column_A.ActiveColumn | Yes | |
| | | ColumnComp.Column_A.SystemPressure | "Pump" | |
| | | ColumnComp.Column_B.ActiveColumn | No | |
| | | ColumnComp.Column_B.SystemPressure | "Pump" | |
| | | ColumnComp.Column_C.ActiveColumn | No | |
| | | ColumnComp.Column_C.SystemPressure | "Pump" | |
| | | ColumnComp.Column_D.ActiveColumn | No | |
| | | ColumnComp.Column_D.SystemPressure | "Pump" | |
| | | SamplerModule.Sampler.PunctureOffset | 1000 [µm] | |
| | | SamplerModule.Sampler.InjectWashMode | NoWash | |
| | | SamplerModule.Sampler.DispenseSpeed | 5.000 [µl/s] | |
| | | SamplerModule.Sampler.DrawSpeed | 0.400 [µl/s] | |
| | | SamplerModule.Sampler.Pump | "Pump" | |
| | | SamplerModule.TempCtrl | Off | |
| | | PumpModule.Pump.%A.Equate | "ACN" | |
| | | PumpModule.Pump.%B.Equate | "MeOH" | |
| | | PumpModule.Pump.%C.Equate | "%C" | |
| | | PumpModule.Pump.%D.Equate | "0.1% H3PO4" | |
| | | PumpModule.Pump.Pressure.LowerLimit | 50 [bar] | |
| | | PumpModule.Pump.Pressure.UpperLimit | 600 [bar] | |
| | | PumpModule.Pump.MaximumFlowRampUp | 6.00 [ml/min²] | |
| | | PumpModule.Pump.MaximumFlowRampDown | 6.00 [ml/min²] | |
| | | UV.UV_VIS_1.Wavelength | 220.0 [nm] | |
| | | UV.UV_VIS_1.Bandwidth | 2 [nm] | |
| | | UV.UV_VIS_1.RefWavelength | Off | |
| | | UV.3DFIELD.RefWavelength | Off | |
| Inject Preparation | | | | |
| | 0.000 | | | |
| | | UV.Autozero | | |

Chromeleon 7.
Version 7.2.4.8525, Thermo Fisher Scientific

Page 1 of 3

Printed by vii
25/06/19 08:33

NP Ag 000021

Instrument Method: 22826-19 c
Last Update Operator: vli

Script

| | | Wait | UV.Ready And ColumnComp.Ready And SamplerModule.Sampler.Ready And PumpModule.Pump.Ready |
|---|---|---|---|
| Inject | | | |
| | 0.000 | | |
| | | SamplerModule.Sampler.Inject | |
| Start Run | | | |
| | 0.000 | | |
| | | UV.UV_VIS_1.AcqOn UV.3DFIELD.AcqOn | |
| Run | | | Duration = 30.000 [min] |
| | 0.000 | | |
| | | PumpModule.Pump.Flow.Nominal | 0.200 [ml/min] |
| | | PumpModule.Pump.%B.Value | 0.0 [%] |
| | | PumpModule.Pump.%C.Value | 50.0 [%] |
| | | PumpModule.Pump.%D.Value | 0.0 [%] |
| | | PumpModule.Pump.Curve | 5 |
| | 3.000 | | |
| | | PumpModule.Pump.Flow.Nominal | 0.200 [ml/min] |
| | | PumpModule.Pump.%B.Value | 0.0 [%] |
| | | PumpModule.Pump.%C.Value | 50.0 [%] |
| | | PumpModule.Pump.%D.Value | 0.0 [%] |
| | | PumpModule.Pump.Curve | 5 |
| | 10.000 | | |
| | | PumpModule.Pump.Flow.Nominal | 0.200 [ml/min] |
| | | PumpModule.Pump.%B.Value | 0.0 [%] |
| | | PumpModule.Pump.%C.Value | 5.0 [%] |
| | | PumpModule.Pump.%D.Value | 0.0 [%] |
| | | PumpModule.Pump.Curve | 5 |
| | 24.000 | | |
| | | PumpModule.Pump.Flow.Nominal | 0.200 [ml/min] |
| | | PumpModule.Pump.%B.Value | 0.0 [%] |
| | | PumpModule.Pump.%C.Value | 5.0 [%] |
| | | PumpModule.Pump.%D.Value | 0.0 [%] |
| | | PumpModule.Pump.Curve | 5 |
| | 25.000 | | |
| | | PumpModule.Pump.Flow.Nominal | 0.200 [ml/min] |
| | | PumpModule.Pump.%B.Value | 0.0 [%] |
| | | PumpModule.Pump.%C.Value | 50.0 [%] |
| | | PumpModule.Pump.%D.Value | 0.0 [%] |
| | | PumpModule.Pump.Curve | 5 |
| | 30.000 | | |
| | | PumpModule.Pump.Flow.Nominal | 0.200 [ml/min] |
| | | PumpModule.Pump.%B.Value | 0.0 [%] |
| | | PumpModule.Pump.%C.Value | 50.0 [%] |

NP Ag 000022

| | | PumpModule.Pump.%D.Value | 0.0 [%] |
| | | PumpModule.Pump.Curve | 5 |
| Stop Run | | | |
| | 30.000 | | |
| | | UV.UV_VIS_1.AcqOff | |
| | | UV.3DFIELD.AcqOff | |
| End | | | |

NP Ag 000023

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | ACN | Run Time (min): | 30.00 |
| Vial Number: | B:A1 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 11:56 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| n.a. | Clopyralid | n.a. | n.a. |
| n.a. | Fluroxypyr 1-methylheptyl ester | n.a. | n.a. |
| n.a. | MCPA 2-ethylhexyl ester | n.a. | n.a. |
| Total: | | | 0.0 |

Default/Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000024

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD E | Run Time (min): | 30.00 |
| Vial Number: | B:C1 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 09:24 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.17 | 7.8 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.73 | 11.7 |
| 3 | MCPA 2-ethylhexyl ester | 16.53 | 11.5 |
| Total: | | | 31.1 |

Chromeleon (c) Dionex
Version 7.2.4.8525

Default/Integration

NP Ag 000025

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD D | Run Time (min): | 30.00 |
| Vial Number: | B:C2 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 09:55 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.21 | 15.6 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.72 | 23.6 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 22.8 |
| Total: | | | 62.0 |

Default/Integration

NP Ag 000026

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD C | Run Time (min): | 30.00 |
| Vial Number: | B:C3 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 10:25 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.26 | 40.7 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.72 | 58.8 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 56.2 |
| Total: | | | 155.7 |

Default/Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000027

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD B | Run Time (min): | 30.00 |
| Vial Number: | B:C4 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 10:55 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.29 | 65.0 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.72 | 93.1 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 89.7 |
| Total: | | | 247.9 |

Default/Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000028

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD A | Run Time (min): | 30.00 |
| Vial Number: | B:C5 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 11:26 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.30 | 80.8 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.72 | 115.8 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 111.0 |
| Total: | | | 307.6 |

Default/Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000029

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | sample K 20x Dilution | Run Time (min): | 30.00 |
| Vial Number: | B:C6 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 12:27 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.25 | 32.0 |
| 2 | | 1.35 | 5.9 |
| 3 | Fluroxypyr 1-methylheptyl ester | 14.72 | 42.3 |
| 4 | MCPA 2-ethylhexyl ester | 16.52 | 53.7 |
| Total: | | | 134.0 |

Default/Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000030

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | sample L 20x Dilution | Run Time (min): | 30.00 |
| Vial Number: | B:C7 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 12:57 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.26 | 37.7 |
| 2 | | 1.36 | 6.6 |
| 3 | Fluroxypyr 1-methylheptyl ester | 14.73 | 50.0 |
| 4 | MCPA 2-ethylhexyl ester | 16.52 | 64.6 |
| Total: | | | 158.8 |

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | Lot 08242615K51 10x Dilution | Run Time (min): | 30.00 |
| Vial Number: | B:C8 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 13:28 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.25 | 33.8 |
| 2 | | 1.34 | 4.6 |
| 3 | Fluroxypyr 1-methylheptyl ester | 14.72 | 47.8 |
| 4 | MCPA 2-ethylhexyl ester | 16.52 | 66.1 |
| Total: | | | 152.3 |

Default/Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000032

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | Lot 04220020L48 10x Dilution | Run Time (min): | 30.00 |
| Vial Number: | B:C9 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 13:58 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.25 | 30.0 |
| 2 | | 1.34 | 4.7 |
| 3 | Fluroxypyr 1-methylheptyl ester | 14.73 | 42.1 |
| 4 | MCPA 2-ethylhexyl ester | 16.52 | 59.7 |
| Total: | | | 136.5 |

Default:Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000033

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD C CHK-1 | Run Time (min): | 30.00 |
| Vial Number: | B:C3 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 14:59 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.27 | 41.3 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.73 | 59.2 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 55.9 |
| Total: | | | 157.4 |

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD C CHK-2 | Run Time (min): | 30.00 |
| Vial Number: | B:C3 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 15:30 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.26 | 41.0 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.73 | 58.6 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 56.1 |
| Total: | | | 155.8 |

Default Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000035

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD C CHK-3 | Run Time (min): | 30.00 |
| Vial Number: | B:C3 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 16:00 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.27 | 40.8 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.72 | 58.8 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 56.0 |
| Total: | | | 155.5 |

Default Integration

Chromeleon (c) Dionex
Version 7.2.4.8525

NP Ag 000036

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD C CHK-4 | Run Time (min): | 30.00 |
| Vial Number: | B:C3 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 16:31 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.27 | 40.6 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.73 | 58.7 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 56.0 |
| Total: | | | 155.2 |

Chromeleon (c) Dionex
Version 7.2.4.8525

Default/Integration

NP Ag 000037

Instrument:VANQUISH

## Chromatogram and Results

### Injection Details

| | | | |
|---|---|---|---|
| Injection Name: | STD C CHK-5 | Run Time (min): | 30.00 |
| Vial Number: | B:C3 | Injection Volume: | 1.00 |
| Injection Type: | Unknown | Channel: | UV_VIS_1 |
| Calibration Level: | | Wavelength: | 220 nm |
| Instrument Method: | 22826-19 c | Bandwidth: | 2 |
| Processing Method: | 22826-19 | Dilution Factor: | 1.0000 |
| Injection Date/Time: | 24/Jun/19 17:01 | Sample Weight: | 1.0000 |

### Chromatogram



### Integration Results

| No. | Peak Name | Retention Time min | Area mAU*min |
|---|---|---|---|
| 1 | Clopyralid | 1.27 | 40.8 |
| 2 | Fluroxypyr 1-methylheptyl ester | 14.72 | 58.6 |
| 3 | MCPA 2-ethylhexyl ester | 16.52 | 56.3 |
| Total: | | | 155.7 |

Chromeleon (c) Dionex
Version 7.2.4.8525

Default/Integration

NP Ag 000038