PAUL THOMAS CLARK
CLARK and FEENEY, LLP
Attorneys for Plaintiffs
The Train Station
1229 Main Street
P.O. Drawer 285
Lewiston, Idaho 83501
Telephone: (208)743-9516
Idaho State Bar No. 1329
Email: darla@clarkandfeeney.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZPERCE AG, INC., an Idaho Corporation, ) | |
| ) | Case No.  CV 3:20-CV-00494-DNC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PLAINTIFF'S FIRST AMENDED** |
| ) | **DISCLOSURE OF EXPERT** |
| NUTRIEN AG SOLUTIONS, INC., a ) | **WITNESSES** |
| Delaware corporation, LOVELAND ) | |
| PRODUCTS INC., a Colorado corporation, & ) | |
| JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Plaintiff Nezperce Ag, Inc., by and through its undersigned counsel of record Paul Thomas Clark of the law firm Clark and Feeney, LLP and pursuant to the Federal Rules of Civil Procedure 26(a)(2)(A), and District of Idaho Local Civil Rule 26.2, designated the following expert witnesses to testify on their behalf. At present, none of the following expert witnesses have been retained by Plaintiff. As such, except as otherwise provided, this disclosure is not accompanied by a written report prepared by each respective expert witness, as required under Federal Rules of Civil Procedure 26(a)(2)(B).

PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -1-

Victor Li
Director of Analytical Services
Stillmeadow, Inc.
12852 Park One Drive
Sugar Land, Texas 77478
(281) 240-8828

- A complete statement of Victor Li's opinions formulated to date were previously provided his report (NP Ag 000005 to NP Ag 000038) and expected to be expressed at trial and the bases and reasons therefor pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(i).

- The facts, data or other information considered by Victor Li in forming his opinion pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii) are contained in the above referenced report.

- Identification of any exhibits to be used as a summary of or support for Victor Li's opinions pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(iii) are contained in the above referenced report.

- Victor Li obtained a Bachelors Degree in Material Science from University of Science and Technology of Child and a Masters Degree in Chemistry from University of Wisconsin-Madison. Mr. Li has more than 14 years experience in different laboratories which include modern instruments and knowledge concerning lab analysis.

- A list of any other cases in which Victor Li has testified as an expert at trial or by deposition within the preceding four years pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(v) is being obtained and will be provided upon receipt.

- A statement of the compensation to be paid for the study and testimony in the case is attached hereto.

Jeffry Pritchard, CEO
WestLink Ag Cooperative
35 E. Bower Street, Suite A
Meridian, Idaho 83642
(208) 884-0566
jpritchard@westlinkag.net

- Mr. Pritchard has over thirty (30) years experience in the agricultural inputs space, both US and International. Mr. Pritchard assisted the Plaintiff in locating and forwarding the chemical samples for testing.

- Mr. Pritchard has not published any articles and has not testified as an expert witness.

- It is unknown at this time what Mr. Pritchard's compensation for testimony would be.

Dr. Claudia Geitner
Representative of Sigma-Aldrich
3050 Spruce Street
Saint Louis, MO 63103
techserv@siai.co

- A complete statement of Dr. Geitner's opinions formulated to date were previously provided her report (NP Ag 000005 to NP Ag 000038) and expected to be expressed at trial and the bases and reasons therefor pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(i);

- The facts, data or other information considered by Dr. Geitner in forming her opinion pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(ii) are contained in the above referenced report;

- Identification of any exhibits to be used as a summary of or support for Dr. Geitner's opinions pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(iii) are contained in the above referenced report;

- Dr. Geitner is the Project Manager Operations Strategy Life Science which includes assuring clients that the chemical makeup of a product is what is provided on the label. Dr. Geitner is also the head of Quality Control of Sigma-Aldrich. Dr. Geitner attended Universitat des Saarlandes.

- A list of any other cases in which Dr. Geitner has testified as an expert at trial or by deposition within the preceding four years pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)(v) will be provided upon receipt.

- A statement of the compensation to be paid for the study and testimony in the case is attached hereto.

Steve Boyer
Boyer Gromore, Inc.
24676 Garden Gulch Road
Culdesac, Idaho 83524

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -3-**

- Mr. Boyer has been farming for more than twelve (12) years. Based on Mr. Boyer's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. Boyer is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. Boyer will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Boyer is qualified based on having more than twelve (12) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Boyer has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Boyer would be paid for testimony in the case.

Buck Boyer
Boyer Gromore, Inc.
24676 Garden Gulch Road
Culdesac, Idaho 83524

- Mr. Boyer has been farming for more than twelve (12) years. Based on Mr. Boyer's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. Boyer is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. Boyer will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Boyer is qualified based on having more than twelve (12) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Boyer has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Boyer would be paid for testimony in the case.

Kyle Meacham
Meacham Farms
2091 Brannan Road
Nezperce, Idaho 83543

- Mr. Meacham has been farming for more than fourteen (14) years. Based on Mr. Meacham's years of experience as a farmer he is familiar with the crops needs for planting, fertilization, water and the yield to be expected. Mr. Meacham is also familiar with the need for weed control, when the product for weed control should be applied and what the results of said product should be. Mr. Meacham will be able

> to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Meacham is qualified based on having more than fourteen (14) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Meacham has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Meacham would be paid for testimony in the case.

Karen Meacham
77 Ranch
2091 Brannan Road
Nezperce, Idaho 83543

- Ms. Meacham has been farming for more than twenty-three (23) years. Based on Ms. Meacham's years of experience as a farmer she is familiar with the crops needs for planting, fertilization, water and the yield to be expected. Ms. Meacham is also familiar with the need for weed control, when the product for weed control should be applied and what the results of said product should be. Ms. Meacham will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Ms. Meacham is qualified based on having more than twenty-three (23) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Ms. Meacham has not testified as an expert witness or published any articles.

- It is unknown at this time what Ms. Meacham would be paid for testimony in the case.

Gene Harris
Employee of Nezperce Ag, Inc.
PO Box 24
Nezperce, Idaho 83543

- Mr. Harris has been employed by Nezperce Ag, Inc. for approximately thirteen (13) years. Mr. Harris is responsible for applying the weed control chemicals to the local farmers who contract with Nezperce Ag, Inc. for assistance in weed control. Mr. Harris is experienced in applying the weed killer.

- Mr. Harris is qualified based on having more than thirteen (13) years experience in applying weed control chemicals to crops. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Harris has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Harris would be paid for testimony in the case.

Greg Branson
Branson Farms
2590 Branson Road
Nezperce, Idaho 83543

- Mr. Branson has been farming for more than seventeen (17) years. Based on Mr. Branson's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. Branson is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. Branson will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. Branson is qualified based on having more than seventeen (17) years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

- Mr. Branson has not testified as an expert witness or published any articles.

- It is unknown at this time what Mr. Branson would be paid for testimony in the case.

Justin McCleod
McCleod LLC
2825 Hwy 64
Nezperce, Idaho 83543

- Mr. McCleod has been involved in the family farm which has been handed down and operating for the past two generation. Based on Mr. McCleod's years of experience as a farmer he is familiar with the crops needs for fertilization, water and the yield to be expected. Mr. McCleod is also familiar with the need to weed control, when the product should be applied and what the results of said product should be. Mr. McCleod will be able to testify the effects of the weed killer not working and what happens to the crops yields.

- Mr. McCleod is qualified based on having several years in the farming industry. It is not common practice for farmers to maintain a curriculum vitae.

**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES -6-**

- Mr. McCleod has not testified as an expert witness or published any articles.
- It is unknown at this time what Mr. McCleod would be paid for testimony in the case.

DATED this 10th day of January, 2022.

        CLARK AND FEENEY, LLP

        By: /s/ Paul Thomas Clark
            Paul Thomas Clark
            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Benjamin A. Schwartzman<br>Nicholas A. Warden | Electronic Delivery |

        By: /s/ Paul Thomas Clark
        Attorney for Plaintiff