PAUL THOMAS CLARK
Idaho State Bar No. 1329
CLARK and FEENEY, LLP
The Train Station, Suite 201
13th and Main Streets
P. O. Drawer 285
Lewiston, Idaho 83501
Telephone: (208)743-9516
Facsimile: (208) 746-9160
Email: darla@clarkandfeeney.com

*Attorneys for Plaintiff Nezperce Ag, Inc.*

BENJAMIN A. SCHWARTMAN
ISB No. 6512
NICHOLAS A. WARDEN
ISB No. 9179
Bailey & Glasser, LLP
950 West Bannock Street, Suite 940
Boise, Idaho 83702
Telephone: (208) 342-4411
Facsimile: (208) 342-4455
Email: bschwartzman@baileyglasser.com
        nwarden@baileyglasser.com

*Attorneys for Defendants Nutrien Ag Solutions, Inc. and Loveland Products, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZPERCE AG, INC., an Idaho Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NUTRIEN AG, INC., a Delaware Corporation, ) <br> LOVELAND PRODUCTS INC., a Colorado ) <br> corporation, & JOHN DOES 1-3, ) <br> ) <br> Defendant. ) | Case No. 3:20-CV-00494-DNC <br><br> **JOINT STATUS REPORT RE: SETTLEMENT** |

Joint Status Report Re: Settlement -1-

Pursuant to paragraph 2 of the Scheduling Order entered in this matter on February 16, 2021 (Doc. 20), Plaintiff Nezperce Ag, Inc. ("Plaintiff"), and Defendants Nutrien Ag Solution, Inc. and Loveland Products, Inc. (collectively, "Defendants"), hereby submit this joint status report regarding the settlement process.

On January 10, 2022, Plaintiff's counsel inquired of Defendants' counsel regarding mediation and proposed two mediators. On January 28, 2022, Defendants indicated that they would be open to mediation at a future date when the factual record in this matter is more fully developed. Defendants' counsel indicated further that Defendants had no objection to the mediators proposed, but reserved the opportunity to identify and pursue mediation through an alternative mediator and/or private mediation subject to agreement among the parties.

DATED this 1st day of February, 2022.

CLARK AND FEENEY, LLP

By: _____
Paul Thomas Clark
Attorney for Plaintiff


BAILEY & GLASSER, LLP

By: _____
Benjamin A. Schwartzman
Attorney for Defendants

Joint Status Report Re: Settlement -2-