Benjamin A. Schwartzman (ISB No. 6512)
bschwartzman@baileyglasser.com
Nicholas A. Warden (ISB No. 9179)
nwarden@baileyglasser.com
**BAILEY & GLASSER LLP**
950 W. Bannock St., Ste. 940
Boise, ID 83702
Telephone: (208) 342-4411
Facsimile: (208) 342-4455

*Attorneys for Defendants Nutrien Ag Solutions, Inc.*
*And Loveland Products, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZPERCE AG, INC., an Idaho Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation; LOVELAND PRODUCTS, INC., a Colorado corporation, and JOHN DOES 1-3,<br><br>Defendants. | Case No. 3:20-cv-00494-SM<br><br>**NOTICE OF COMPLIANCE REGARDING DEFENDANTS' INITIAL EXPERT WITNESS DISCLOSURE** |

Pursuant to this Court's Order (ECF No. 50) granting the parties' Joint Motion to Modify Pre-trial Schedule (ECF No. 49) and Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant Nutrien Ag Solutions, Inc. ("Defendant Nutrien" or "Nutrien") and Defendant Loveland Products, Inc. ("Defendant LPI" or "LPI"), (collectively, "Defendants"), by and through their counsel of record, certify that on the 14th day of March, 2022, *Defendants' Initial Expert Witness Disclosure* was served on the following by the method(s) indicated below:

NOTICE OF COMPLIANCE REGARDING DEFENDANTS' EXPERT WITNESS DISCLOSURE - 1

| | |
|---|---|
| Honorable Salvador Mendoza, Jr. | ☒ Email: MendozaOrders@waed.uscourts.gov |
| Paul Thomas Clark<br>Jenal D. Barcelos<br>**CLARK & FEENEY, LLP**<br>The Train Station, Suite 201<br>13th and Main Streets<br>P.O. Box 285<br>Lewiston, ID 83501<br>T: (208) 743-9516 | ☒ U.S. Mail<br>☐ Facsimile: (208) 746-9160<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☒ Email: tclark@clarkandfeeney.com;<br>jenal@clarkandfeeney.com<br>darla@clarkandfeeney.com |

*Attorneys for Plaintiff*

DATED this 14th day of March 2022.

          **BAILEY & GLASSER LLP**


          /s/ *Nicholas A. Warden*
          Nicholas A. Warden
          *Attorneys for Defendants Nutrien Ag Solutions, Inc.*
          *and Loveland Products, Inc.*

NOTICE OF COMPLIANCE REGARDING DEFENDANTS' EXPERT WITNESS DISCLOSURE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2022, I filed the above-referenced document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul Thomas Clark  tclark@clarkandfeeney.com
*Attorneys for Plaintiff*

   /s/ *Nicholas A. Warden*
Nicholas A. Warden